UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINO FELIPE HERNANDEZ, | ) | Case No. CV 09-7838 GHK(JC) |
| Plaintiff, | ) | ~~(PROPOSED)~~ |
| v. | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| VENTURA COUNTY, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the pending Motion to Revoke *In Forma Pauperis* Status and to Dismiss Complaint pursuant to 28 U.S.C. § 1915(g) ("Motion to Revoke") and the Motion to Dismiss Complaint ("Motion to Dismiss") (collectively "Motions"), the parties' submissions in connection with the Motions, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion to Revoke is granted; (2) the Motion to Dismiss is denied as moot; (3) plaintiff's *in forma pauperis* status is revoked; (4) this action is dismissed without prejudice; and (5) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on any counsel for defendant.

IT IS SO ORDERED.

DATED: 9/6/10

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE