# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO FELIPE HERNANDEZ, | Case No. CV 09-7838 GHK(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| VENTURA COUNTY, | |
| Defendant. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: __9/6/10__

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE